NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICIA A. GAVIN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5095

---

Appeal from the United States Court of Federal Claims in No. 11-CV-0528, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

Patricia A. Gavin moves to reinstate her appeal which was dismissed on July 8, 2013 for failure to pay the docketing fee. While Gavin states that she submitted the docketing fee, it has not been received.

Accordingly,

IT IS ORDERED THAT:

The motion to reinstate is denied.

GAVIN V. US                                                                 2

FOR THE COURT


/s/  Daniel E. O'Toole
     Daniel E. O'Toole
     Clerk


s26